IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID NEUBAUER,

    Plaintiff,

  v.

ROYAL MACCABEES LIFE INSURANCE COMPANY, REASSURE AMERICA LIFE INSURANCE COMPANY, and THE COMMISSIONER OF THE CALIFORNIA DEPARTMENT OF INSURANCE,

    Defendants.
                                   /

No. C 11-02788 WHA

**ORDER DENYING STIPULATION TO CONTINUE DEFENDANT'S MOTION TO STRIKE**

      This action was removed on June 8, 2011. That means any motion to remand is due by July 8. 28 U.S.C. 1447(c). Defendant Reassure America Life Insurance Company filed a motion to strike on June 24, noticing the hearing for August 4. Pursuant to Civil Local Rule 7-3, the opposition is due on July 8.

      The parties now stipulate that defendant's motion "be continued sufficiently after the Court's decision on Plaintiff's Motion to Remand [which plaintiff's counsel represents they will file], thereby giving the parties sufficient time to brief the issues in the Motion to Strike."

      It is unclear what the proposal to "continue the motion" means exactly — are the parties referring to the hearing or the briefing deadlines or both? Defense counsel are capable of continuing the hearing date without a court order pursuant to Civil Local Rule 7-7. As for briefing deadlines, it would be premature to continue dates based on the implications of an as-yet-

unfiled motion. The stipulation is therefore **DENIED**, without prejudice to raising the issue again if and when a motion to remand is filed.

**IT IS SO ORDERED.**

Dated: June 29, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE