**United States District Court**
For the Northern District of California

1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

DAVID NEUBAUER,                              No. C 11-02788 WHA

11
                    Plaintiff,

12
        v.                                   **ORDER CONTINUING HEARING ON**
                                             **DEFENDANT'S MOTION TO STRIKE**
13
ROYAL MACCABEES LIFE
14   INSURANCE COMPANY, REASSURE
     AMERICA LIFE INSURANCE
15   COMPANY, and THE COMMISSIONER
     OF THE CALIFORNIA DEPARTMENT
16   OF INSURANCE,

17                  Defendants.
                                                        /
18

19          Defendant Reassure America Life Insurance Company filed a motion to strike on June 24,

20   noticing the hearing for August 4.  The parties then stipulated that defendant's motion "be

21   continued sufficiently after the Court's decision on Plaintiff's Motion to Remand [which

22   plaintiff's counsel represents they will file], thereby giving the parties sufficient time to brief the

23   issues in the Motion to Strike."  The stipulation was denied without prejudice to raising the issue

24   again if and when a motion to remand was filed.  The order also noted that defense counsel were

25   capable of continuing the hearing date without a court order at that time pursuant to Civil Local

26   Rule 7-7 because an opposition to the motion to strike was not yet due.

27          Plaintiff then filed a motion to remand, noticing the hearing for August 18.  Nevertheless,

28   the parties did not re-raise the issue of a continuance, either of briefing or of the hearing on the

     motion to strike.  But, because the motion to strike cannot be decided before the motion to

remand, this order continues the hearing on the motion to strike to **AUGUST 18, 2011, AT 8:00**

**A.M.**  This order does not affect briefing deadlines on the motion to remand.

   **IT IS SO ORDERED.**

Dated:  July 18, 2011.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California

2